| | AUSA: Susan Fairchild | Telephone: (313) 226-9556 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jose Miguel PEREZ-SAAVEDRA

Case No. Case: 2:25-mj-30053
Assigned To : Unassigned
Assign. Date : 2/10/2025
Description: CMP USA V. JOSE
MIGUEL PEREZ-SAAVEDRA (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 21, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about January 23, 2025, in the Eastern District of Michigan, Southern Division, Jose Miguel PEREZ-SAAVEDRA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about February 7, 2012, Laredo, Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Everson, BPA
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __February 10, 2025__

*Judge's signature*

City and state: __Detroit, MI__

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Jose Miguel PEREZ-SAAVEDRA, which reveals the following:

2. PEREZ-SAAVEDRA is a forty-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer. PEREZ-SAAVEDRA is known to use the alias name of Jose Miguel PEREZ.

3. On or about March 4, 2004, PEREZ-SAAVEDRA was arrested by Detroit Police Department (DPD) for Assault Excluding Sexual, a misdemeanor.

4. On or about April 29, 2010, PEREZ-SAAVEDRA was arrested by Dearborn Police for No Michigan Operators License. Warrant was requested by a prosecutor.

5. On or about June 30, 2010, PEREZ-SAAVEDRA was arrested by Detroit Police for Assault/Domestic Violence. A warrant was requested by a prosecutor on March 4, 2011, and remains outstanding.

6. On or about July 29, 2010, PEREZ-SAAVEDRA was arrested by Border Patrol Agents near Detroit, Michigan. He was processed for Notice to Appear.

7. On or about August 5, 2010, PEREZ-SAAVEDRA was ordered removed from the United States by an Immigration Judge. He was subsequently removed back to Mexico on August 17, 2010, through Laredo, Texas.

8. On or about January 9, 2012, PEREZ-SAAVEDRA was arrested for Driving While Intoxicated, a misdemeanor offense, by Michigan State Police near Flint, Michigan. A warrant was requested by a prosecutor.

9. On or about January 12, 2012, PEREZ-SAAVEDRA was arrested by Immigration Customs Enforcement (ICE) and his prior order of removal was reinstated. He was subsequently removed on February 7, 2012, through Laredo, Texas. On August 31, 2012, a bench warrant was issued for his failure to appear on the DWI charges in Flint, MI. That warrant remains outstanding.

10. On January 23, 2025, PEREZ-SAAVEDRA was encountered by Border Patrol Agents near Detroit, Michigan, following a request from Detroit Police to assist with identifying two subjects from a traffic stop investigation. PEREZ-SAAVEDRA was questioned by Agents about his current immigration status. Agents requested immigration and criminal record checks for PEREZ-SAAVEDRA. Record checks revealed that PEREZ-SAAVEDRA had been previously removed from the United States following reinstatement of his prior removal order. PEREZ-SAAVEDRA was transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

11. Jose Miguel PEREZ-SAAVEDRA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that PEREZ-SAAVEDRA is a citizen of Honduras with the foregoing immigration history, who has been previously removed from the United States. The record checks did not provide any evidence that PEREZ-SAAVEDRA legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of the Alien File (A# xxx xxx 254) for Jose Miguel PEREZ-SAAVEDRA and queries in Department of Homeland Security databases confirm no record exists of PEREZ-SAAVEDRA obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on February 7, 2012.

14. Based on the above information, I believe there is probable cause to conclude that Jose Miguel PEREZ-SAAVEDRA, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge